1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   SARA WINSLOW (DCSBN 457643)
3  Acting Civil Division

4  STEVEN J. SALTIEL (CSBN 202292)
   Assistant United States Attorney
5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6970
   Facsimile: (415) 436-6748
7  steven.saltiel@usdoj.gov

8
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: CR 95-40224-001 SBA ) |
| v. | ) |
| PEDRO GARCIA-VALENCIA, | ) |
| Defendant. | ) **ORDER REMITTING FINE** |

Upon petition of the United States of America, and for good cause shown,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the provisions of 18 U.S.C. § 3573, the unpaid portion of the fine imposed against the defendant in the amount of $9,200.00, accrued interest in the amount of $0.00, and penalties in the amount of $0.00 are hereby remitted.

Dated: _9/25/12

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge